*James J. Mahoney* and *Robert B. Livingston* for motion. *Harris Jay Griston* opposed.

Motion denied, with ten dollars costs.

A. B. MURRAY Co., INC., Respondent, *v.* LIDGERWOOD MANUFACTURING COMPANY, Appellant.

(Submitted September 30, 1929; decided October 8, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 251 N. Y. 558.)